

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA15-452M |
| v. | |
| ERIC EFREN TREJO | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _SEPT 2, 2015_____, 2015___, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick, United States Magistrate Judge_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _9/01/2015_       _____
DOUGLAS F. McCORMICK
~~U.S. District Judge~~/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                      Page 1 of 1